

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00187-CR

DON HERMAN STROUT, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 251st District Court
Potter County, Texas
Trial Court No. 74063-C, Honorable Ana Estevez, Presiding

June 11, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Pending before the court is the motion of appellant Don Herman Strout to dismiss his appeal.  Appellant and his attorney have signed the motion.  TEX. R. APP. P. 42.2(a). As no decision of the court has been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.